# DrinkerBiddle&Reath
### L L P

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

Stephen R. Long
973-549-7280
stephen.long@dbr.com

*Via Electronic Filing*

July 3, 2007

The Honorable Mary L. Cooper
US District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse
Room 5000
402 E. State Street
Trenton, New Jersey  08608

Re:  SmithKline Beecham Corp. d/b/a GlaxoSmithKline v.
Ranbaxy Laboratories, Ltd., et al.
Civil Action No. 03 CIV 2158 (MLC)

Dear Judge Cooper:

This will confirm the telephone conversation held yesterday between counsel for the parties and your courtroom deputy clerk in which the parties requested a 60-day stay of all proceedings in this case, including the trial proceedings scheduled to begin on July 18, pending the completion of the parties' confidential settlement discussions.  The requested stay would include all trial-related filings as well as the trial date.  The parties further offered to inform the Court after 45 days of the status of this matter.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/  Stephen R. Long
Stephen R. Long

cc: Brooks Bruneau, Esq. (via e-mail)
William Zimmerman, Esq. (via e-mail)

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849